IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES LOCAL 8, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPLOSION LIGHTING & DRAPING COMPANY | : | |
| | : | |
| Defendant. | : | NO. 02-4597 |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby dismiss the above-captioned action, without prejudice, in which no responsive pleading has been filed by the adverse party.

SPEAR, WILDERMAN, BORISH,
ENDY, SPEAR AND RUNCKEL


BY: _____
BENJAMIN EISNER
Suite 1400
230 S. Broad Street
Philadelphia, PA  19102
(215) 732-0101
Attorney for Plaintiffs

Date:  _____